# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGELA PERIZES, Individually, and On Behalf of All Others Similarly Situated, | )<br>)<br>) Case No. 19 C 00740 |
| Plaintiff, | ) Judge Franklin U. Valderrama |
| v. | ) Mag. Judge Jeffrey I. Cummings |
| DIETITIANS AT HOME, INC., ARISTOTLE KORNAROS, Individually, and SUZANNE HALL, Individually, | ) |
| Defendants. | ) |

## PARTIES JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Angela Perizes and Alina Savra-Kraft ("Plaintiffs") and Defendants Dieticians at Home, Aristotle Kornaros, and Suzanne Hall ("Defendants") (collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully request that this Honorable Court enter an order approving the Parties' Fair Labor Standards Act settlement because it represents a fair and reasonable solution of the Parties' bona fide dispute. (*See* Settlement Agreement and Release attached hereto as Exhibit A).

As is more fully described in their accompanying memorandum of law, which is incorporated by reference herein, the Parties respectfully request an order: (1) approving the Settlement, including the releases of claims, the payments to Plaintiffs, and payment of attorneys' fees and costs as set forth therein; (2) upon filing by Plaintiffs, dismissing the action in its entirety without prejudice, which will convert to with prejudice once the settlement is funded by Defendants; and (3) retaining jurisdiction until January 15, 2022 to enforce the terms of the settlement after which

the case will automatically be dismissed with prejudice. (*See* Proposed Order attached hereto as Exhibit B).

Date: October 4, 2021                              RESPECTFULLY SUBMITTED,

/s/ Noelle C. Brennan_____                        /s/Marty J. Schwartz
One of Plaintiffs' Attorneys                       One of Defendants' Attorneys

Noelle Brennan                                     Marty J. Schwartz
NOELLE BRENNAN &                                   Thomas J.K. Schick
ASSOCIATES, LTD.                                   SCHAIN BANKS KENNY & SCHWARTZ, LTD.
20 S. Clark St., Suite 1530                        Three First National Plaza
Chicago, IL 60603                                  70 W. Madison Street, Suite 5300
(312) 422-0001 (tel.)                              Chicago, IL 60602
(312) 422-0008 (fax)                               (312) 345-5700 (tel.)
                                                   (312) 345-5701 (fax)

## **CERTIFICATE OF SERVICE**

I, Noelle C. Brennan, hereby certify that on October 4, 2021, I electronically filed the foregoing **PARTIES JOINT MOTION FOR APPROVAL OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system. All counsel of record are registered CM/ECF users and service will be accomplished by the CM/ECF system.

RESPECTFULLY SUBMITTED,

/s/ Noelle C. Brennan
One of the Attorneys for Plaintiff