## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Angela Perizes, et al.

                            Plaintiff,

v.                                                   Case No.: 1:19−cv−00740
                                                      Honorable Franklin U. Valderrama

Dietitians at Home, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 28, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion and memorandum in support, the joint motion for approval of settlement [92] is granted. While the Court is somewhat uncomfortable with the proposed attorney's fees (which are on the high side as a percentage of recovery), the Court finds no basis in this particular case to reject the parties' agreed−to fees amount. Enter Settlement Approval Order. The case is dismissed without prejudice, with the dismissal automatically converting to one with prejudice on 01/15/2022 without further action by the Court. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). This civil case is terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.