IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA PERIZES, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 19 C 00740 |
| Plaintiff, | ) ) ) | Judge Franklin U. Valderrama |
| v. | ) ) ) ) | |
| DIETITIANS AT HOME, INC., ARISTOTLE KORNAROS, Individually, and SUZANNE HALL, Individually, | ) ) ) ) | |
| Defendants. | ) | |

**Settlement Approval Order**

UPON CONSIDERATION of the Parties' Joint Motion for Approval of Settlement, it is hereby ORDERED that the Motion is GRANTED as follows:

(1) the Parties' proposed Settlement is approved, including the releases of claims, the payments to Plaintiffs, and payment of attorneys' fees and costs as set forth therein; and

(2) the case is dismissed without prejudice, with the dismissal automatically converting to one with prejudice on January 15, 2022, without further action by the Court.

Dated: 12/28/2021

United States District Judge
Franklin U. Valderrama